| | | |
|---|---|---|
| **Ari H. Marcus, Esq.**<br>Licensed to Practice in NJ, NY & PA<br>Ari@MarcusZelman.com<br><br>**Yitzchak Zelman, Esq.**<br>Licensed to Practice in NJ & NY<br>YZelman@MarcusZelman.com | **MARCUS & ZELMAN, LLC**<br>ATTORNEYS & COUNSELLORS AT LAW<br>Tel: (732) 695-3282<br>Fax: (732) 298-6256<br>www.MarcusZelman.com | **NEW JERSEY OFFICE**:<br>701 Cookman Avenue, 3rd Floor<br>Asbury Park, New Jersey 07712<br><br>**NEW YORK OFFICE**:<br>1 Deer Run Road<br>Pomona, New York 10970<br>*All Correspondence to NJ Office* |

# MEMO ENDORSED

January 20, 2023

<u>Via ECF</u>
The Honorable U.S. District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2023
```

    **Re: Rafia Lawal v. Enstrom Candies, Inc.**
      **Civil Case No.: 1:22-cv-08706-VEC**

To The Honorable Judge Caproni:

  The undersigned represents the Plaintiff in the above captioned matter.

  On January 13, 2023, the Court issued an Order to Show Cause, directing the Plaintiff to move within seven days for leave to file an Amended Complaint that sufficiently addresses the standing concerns raised by the Court. *See*, Docket 7. However, the undersigned is currently out of the office on a family vacation overseas, and has therefore been unable to get this filing completed in the seven days allotted by the Court.

  It is therefore respectfully requested that the Plaintiff's time to comply with the Court's Order be extended by an additional seven days, until January 27, 2023. This will allow the undersigned the time needed to get in touch with his client (made more difficult by the 7-hour time difference) to discuss the amendment, and then to prepare the amended pleading and required Motion, as well as to confer with the Defendant's counsel as to whether they consent to the Motion to Amend.

  This brief extension is not being requested for purposes of delay or any other improper purpose, but simply because of the above circumstances which have made it impossible for the undersigned to comply with the Court's Order in the very limited time granted by the Court. The undersigned greatly appreciates the Court's understanding and consideration in this regard.

        Respectfully submitted,

        <u>/s/ Yitzchak Zelman</u>
        Yitzchak Zelman, Esq.
        MARCUS ZELMAN, LLC

---

Application GRANTED. The deadline for Plaintiff to file a motion for leave to amend is hereby extended from Friday, January 20, 2023 until **Friday, January 27, 2023**.
SO ORDERED.

*[signature]* 01/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE